**Order entered November 19, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01302-CV

## IN RE YANIKA DANIELS, Relator

**Original Proceeding from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-05-012682**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    ROBERT M. FILLMORE
        JUSTICE